**Dated: April 08, 2009**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:

LAURA KEON                                              Case No. 09-23417-JDL

Debtor                                                  Chapter 7

---

AGREED ORDER DIRECTING
THE EXAMINATION OF LAURA KEON PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

---

Based upon the agreement of counsel, as appearing from the signatures below, it is

**ORDERED** that the Debtor, Laura Keon, shall appear for examination pursuant to Federal Rule of Bankruptcy Procedure 2004 on April 14, 2009 at 1:30 p.m. at the offices of Bass, Berry & Sims PLC, 100 Peabody Place, Suite 900, Memphis, Tennessee 38103.

APPROVED FOR ENTRY:


<u>/s/ Barbara Loevy</u>
Barbara Loevy
Union Avenue Law Firm
1451 Union Avenue, Suite 120
Memphis, Tennessee 38104
Telephone – (901) 278-2800

*Attorney for Laura Keon*


<u>/s/ Stephen W. Ragland</u>
Stephen W. Ragland (013389)
Nolan M. Johnson (026399)
Bass, Berry & Sims PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone – (901) 543-5900
Facsimile – (901) 543-5999

*Attorneys for First Tennessee Bank
National Association*


COPIES TO:

Chapter 7 Trustee

U.S. Trustee